DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph G. Devine, Jr., Esq. (ID. # 031072011)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
*A LLP Formed in the State of New York*
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
518-786-9069
Attorneys for Creditor, MetLife Insurance
Company USA by its servicing agent Bayview
Loan Servicing, LLC

**Order Filed on August 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Michael P. Pieson,

              Debtor.

Case No.:  19-19620-ABA

Hearing Date: August 13, 2019

Judge:  Hon. Andrew B. Altenburg, Jr.

Chapter:  7

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: August 13, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**
Debtor:  **Michael P. Pieson,**
Case No. : **19-19620-ABA**
Caption of Order:   **Order Vacating Automatic Stay**

_____

Upon the motion of Creditor, MetLife Insurance Company USA by its servicing agent Bayview Loan Servicing, LLC, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code §362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1.      The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

Land and premises commonly known as **32 Summit Court, Marlton, New Jersey 08053.**

It is further ORDERED that the movant, its successors or assignees, may proceed with its right and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement to possession of the property.

The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

The Trustee shall receive notice of any surplus monies received.

United States Bankruptcy Court
District of New Jersey

In re:                                                      Case No. 19-19620-ABA
Michael P. Pieson                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin           Page 1 of 1           Date Rcvd: Aug 14, 2019
                              Form ID: pdf903       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2019.
db            +Michael P. Pieson,   4 Coventry Circle East,   Marlton, NJ 08053-2856

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2019 at the address(es) listed below:
          Andrew B. Finberg    on behalf of Debtor Michael P. Pieson andy@sjbankruptcylaw.com,
           abfecf@gmail.com;finbergar39848@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Gary J. Zangerle    on behalf of Creditor   Kings Grant Open Space Association
           zangerle@ZangerleLaw.comcastbiz.net
          George C. Greatrex, Jr.    on behalf of Creditor   Oak Hollow Condominium Association
           ggreatrex@sgglawfirm.com,   kmuchler@verizon.net
          Joseph  Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.axosfs.com
          Joseph Gunnar Devine, Jr   on behalf of Creditor   MetLife Insurance Company USA by its servicing
           agent Bayview Loan Servicing, LLC jdevine@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
          Nicholas V. Rogers    on behalf of Creditor   FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor   Freedom Mortgage Corporation nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers, III   on behalf of Creditor   Freedom Mortgage Corporation ecf@powerskirn.com
                                                                          TOTAL: 11