**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael P. Pieson<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–6517<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–19620–ABA | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael P. Pieson

9/6/19

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

```
                             United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 19-19620-ABA
Michael P. Pieson                                                       Chapter 7
        Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                Page 1 of 3           Date Rcvd: Sep 06, 2019
                              Form ID: 318               Total Noticed: 72


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2019.
db             +Michael P. Pieson,    4 Coventry Circle East,    Marlton, NJ 08053-2856
cr             +FREEDOM MORTGAGE CORPORATION,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,
                Suite 1400,   Philadelphia, PA 19103-1814
cr              Kings Grant Open Space Association,    Marlton, NJ  08053
cr              Oak Hollow Condominium Association,    c/o Target Property Management,
                2215 Old Marlton Pike East,    Suite A,   Marlton, NJ  08053
518239722     #+Burlington Anesthesia Assoc.,    120 Madison Avenue,    Mount Holly, NJ 08060-2031
518239725      +Central Credit Services, LLC,    9550 Regency Square Blvd.,    Suite 500A,
                Jacksonville, FL 32225-8169
518239726       Central Credit Services, LLC,    200 Corporate Hills Drive,    Saint Charles, MO 63301
518239728      +ChaseHealthAdvance,    Attn: Bankruptcy,    1717 Hermitage Blvd Ste 101,
                Tallahassee, FL 32308-7709
518239729      +Citibank/Goodyear,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                St Louis, MO 63179-0034
518239730      +Citibank/RadioShack,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518239731      +Citibank/Sears,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518239733      +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                St Louis, MO 63179-0034
518239739      +DSRM Nat Bank/Valero,    Attn: Bankruptcy,    Po Box 696000,    San Antonio, TX 78269-6000
518239740      +Eyecare Phys. & Surgeons of NJ,    73 S. Main Street,    Medford, NJ 08055-2430
518239742      +Financial Recoveries,    200 E Park Dr., Ste. 100,    Mount Laurel, NJ 08054-1297
518239741      +Financial Recoveries,    Attn: Bankruptcy,    Po Box 1388,    Mount Laurel, NJ 08054-7388
518239743      +First Progress,    Po Box 84010,    Columbus, GA 31908-4010
518239744      +Freedom Mortgage,    c/o Powers Kirn, LLC,    728 Marne Highway,    Suite 200,
                Moorestown, NJ 08057-3128
518239745      +Freedom Mortgage Corporation,    Attn: Bankruptcy,    Po Box 50428,    Indianapolis, IN 46250-0401
518239748      +G. L. A. Collection Company,    Attn: Bankruptcy,    Po Box 588,    Greensburg, IN 47240-0588
518239749      +GreenSky Credit,    Attn: Bankruptcy,    Po Box 29429,    Atlanta, GA 30359-0429
518239750      +Higher Education Student Assistance Auth,    Hesaa Servicing/Attn: Bankruptcy,    Po Box 548,
                Trenton, NJ 08625-0548
518239752      +Kings Grant Open Space Association,    50 Landings Drive,    Marlton, NJ 08053-2832
518239753      +Kings Grant Open Space Association,    c/o Gary J. Zangerle, Esquire,    505 South Lenola Road,
                Suite 201,   Moorestown, NJ 08057-1594
518239755      +LoanCare LLC,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
518239756      +Lourdes Cardiology Services,    63 Kresson Road Suite 101,    Cherry Hill, NJ 08034-3200
518239758      +Mortgage Service Center/PHH Mortgage,    Attn: Bankruptcy Department,    Po Box 5452,
                Mount Laurel, NJ 08054-5452
518239759      +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
518239760       Oak Hollow Condominium Association,    2215 Old Marlton Pike East,    Marlton, NJ 08053
518239761      +Oak Hollow Condominium Association,    c/o Target Property Management,    P.O. Box 60995,
                Phoenix, AZ 85082-0995
518239765       Penn Credit,    916 S 14th St.,    PO Box 988,    Harrisburg, PA 17108-0988
518239766       Pennsylvania Hospital,    PO Box 757435,    Philadelphia, PA 19175-7435
518239768      +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
518239770     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 245,
                Trenton, NJ 08695)
518239769       South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
518239771      +Suntrust Bank/GreenSky,    Attn: Bankruptcy,    Po Box 29429,    Atlanta, GA 30359-0429
518239772      +Svcd By Clfs,    6150 Omnipark Drive,    Mobile, AL 36609-5195
518239777      +Target,    Attn: Payment Disputes,    Mailstop 2201, PO Box 26907,    Tempe, AZ 85285-6907
518239780      +Univ of Penn Health System,    c/o Penn Credit,    916 S 14th Street,    P.O. Box 988,
                Harrisburg, PA 17108-0988
518239784      +Wf/home Pr,    Attn: Bankruptcy,    Po Box 51193,    Los Angeles, CA 90051-5493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QJDMARCHAND.COM Sep 07 2019 03:33:00      Joseph Marchand,    117-119 West Broad St.,
                PO Box 298,   Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 07 2019 00:15:16      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 07 2019 00:15:11      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518239717      +EDI: CINGMIDLAND.COM Sep 07 2019 03:33:00      AT&T Mobility,    P.O. Box 6463,
                Carol Stream, IL 60197-6463
518239718       EDI: BANKAMER.COM Sep 07 2019 03:33:00      Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                El Paso, TX 79998
518239721       E-mail/Text: bankruptcy@bbandt.com Sep 07 2019 00:14:26      BB&T,    Attn: Bankruptcy,
                Po Box 1847,   Wilson, NC 27894
518239719      +EDI: TSYS2.COM Sep 07 2019 03:33:00      Barclays Bank Delaware,    Attn: Correspondence,
                Po Box 8801,   Wilmington, DE 19899-8801
```

```
District/off: 0312-1            User: admin              Page 2 of 3                 Date Rcvd: Sep 06, 2019
                                Form ID: 318             Total Noticed: 72
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518239720       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 07 2019 00:15:45
                 Bayview Financial Loan,   Attn: Bankruptcy Dept,   4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
518239723       +EDI: CAPITALONE.COM Sep 07 2019 03:33:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
518239724       +EDI: CAPITALONE.COM Sep 07 2019 03:33:00      Capital One Na,
                 Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518239727       +EDI: CHASE.COM Sep 07 2019 03:33:00      Chase Card Services,    Correspondence Dept,
                 Po Box 15298,   Wilmington, DE 19850-5298
518239732       +EDI: CITICORP.COM Sep 07 2019 03:33:00      Citibank/Sears,    Attn: Bankruptcy,    Po Box 6275,
                 Sioux Falls, SD 57117-6275
518239734       +EDI: WFNNB.COM Sep 07 2019 03:33:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,
                 Po Box 182125,   Columbus, OH 43218-2125
518239735       +EDI: WFNNB.COM Sep 07 2019 03:33:00      Comenitycapital/boscov,    Attn: Bankruptcy Dept,
                 Po Box 182125,   Columbus, OH 43218-2125
518239736       +EDI: WFNNB.COM Sep 07 2019 03:33:00      Comenitycapital/lndclb,    Attn: Bankruptcy Dept,
                 Po Box 182125,   Columbus, OH 43218-2125
518239737       +EDI: RCSFNBMARIN.COM Sep 07 2019 03:33:00      Credit One Bank,    Attn: Bankruptcy,
                 Po Box 98873,   Las Vegas, NV 89193-8873
518239738       +EDI: DISCOVER.COM Sep 07 2019 03:33:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
518239746        E-mail/Text: bankruptcy@frost-arnett.com Sep 07 2019 00:13:53      Frost Arnett,
                 P.O. Box 198988,   Nashville, TN 37219
518239747        E-mail/Text: bankruptcy@frost-arnett.com Sep 07 2019 00:13:53      Frost-Arnett,
                 Attn: Bankruptcy,   Po Box 198988,   Nashville, TN 37219
518239751        EDI: IRS.COM Sep 07 2019 03:33:00      Internal Revenue Service,    Department of the Treasury,
                 P.O. Box 9019,   Holtsville, NY 11742-9019
518239754       +E-mail/Text: bncnotices@becket-lee.com Sep 07 2019 00:14:02      Kohls/Capital One,
                 Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
518239762       +Fax: 407-737-5634 Sep 07 2019 00:21:02      Ocwen Loan Servicing,    Attn: Research/Bankruptcy,
                 1661 Worthington Rd   Ste 100,   West Palm Beach, FL 33409-6493
518239764       +Fax: 407-737-5634 Sep 07 2019 00:21:02      Ocwen Loan Servicing, LLC.,    Attn: Research Dept,
                 1661 Worthington Rd., Ste 100,   West Palm Beach, FL 33409-6493
518239773       +EDI: RMSC.COM Sep 07 2019 03:33:00      Syncb/sync Bank,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
518239774       +EDI: RMSC.COM Sep 07 2019 03:33:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy Dept,
                 Po Box 965060,   Orlando, FL 32896-5060
518239775       +EDI: RMSC.COM Sep 07 2019 03:33:00      Synchrony Bank/Amazon,    Attn: Bankruptcy Dept,
                 Po Box 965060,   Orlando, FL 32896-5060
518239776       +EDI: RMSC.COM Sep 07 2019 03:33:00      Synchrony Bank/TJX,    Attn: Bankruptcy Dept,
                 Po Box 965060,   Orlando, FL 32896-5060
518239779        EDI: TDBANKNORTH.COM Sep 07 2019 03:33:00      TD Bank, N.A.,    32 Chestnut Street,
                 Po Box 1377,   Lewiston, ME 04243
518239778        EDI: WTRRNBANK.COM Sep 07 2019 03:33:00      Target,    Target Card Services,
                 Mail Stop NCB-0461,   Minneapolis, MN 55440
518239782       +EDI: USAA.COM Sep 07 2019 03:33:00      USAA Federal Savings Bank,    Attn: Bankruptcy,
                 10750 Mcdermott Freeway,   San Antonio, TX 78288-1600
518239781       +EDI: USBANKARS.COM Sep 07 2019 03:33:00      Us Bank Home Mortgage,    Attn: Bankruptcy,
                 Po Box 5229,   Cincinnati, OH 45201-5229
518239783       +EDI: WFFC.COM Sep 07 2019 03:33:00      Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,
                 Des Moines, IA 50306-0438
                                                                                              TOTAL: 32

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518239763*     +Ocwen Loan Servicing, Llc,   Attn: Research/Bankruptcy,   1661 Worthington Road, Suite 100,
                 West Palm Beach, FL 33409-6493
518239757     ##+Momentum Solar,   325 High Street,   Metuchen, NJ 08840-2236
518239767     ##+Relievus,   1030 N. Kings Highway,   Suite 200,   Cherry Hill, NJ 08034-1907
                                                                                              TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1           User: admin              Page 3 of 3            Date Rcvd: Sep 06, 2019
                               Form ID: 318             Total Noticed: 72
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2019 at the address(es) listed below:
              Andrew B. Finberg    on behalf of Debtor Michael P. Pieson andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Gary J. Zangerle    on behalf of Creditor    Kings Grant Open Space Association
               zangerle@ZangerleLaw.comcastbiz.net
              George C. Greatrex, Jr.    on behalf of Creditor    Oak Hollow Condominium Association
               ggreatrex@sgglawfirm.com,   kmuchler@verizon.net
              Joseph  Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Joseph Gunnar Devine, Jr    on behalf of Creditor    MetLife Insurance Company USA by its servicing
               agent Bayview Loan Servicing, LLC jdevine@schillerknapp.com,
               kcollins@schillerknapp.com;acarmany@schillerknapp.com
              Nicholas V. Rogers    on behalf of Creditor    Freedom Mortgage Corporation nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    Freedom Mortgage Corporation ecf@powerskirn.com
                                                                                             TOTAL: 11
```